AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY MAURICE BELL<br><br>*Defendant(s)* | Case No.<br>2:21-mj-00018 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 26, 2021** in the county of **Fayette** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1). | Possession of Fentanyl With Intent to Distribute. |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_SGT. C. Young_ (signature)
*Complainant's signature*

Christopher Young, Oak Hill Police Officer
*Printed name and title*

Sworn telephonically (reliable electronic means) by me.

Date: 01/29/2021

_signature_
*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*